**Order entered January 18, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00029-CR

### EX PARTE FRANK DELVIS MAY

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-2371-2012**

## ORDER

The Court has received this accelerated criminal appeal from the trial court's order denying appellant habeas corpus relief. The clerk's record has been filed. We **ORDER** Denise Condran, official court reporter of the County Court at Law No. 3, to file the reporter's record from the habeas corpus hearing by **FEBRUARY 14, 2013**.

Appellant's brief is due by **FEBRUARY 22, 2013**. The State's brief is due by **MARCH 12, 2013**. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

The appeal will be submitted without oral argument on **APRIL 1, 2013** before a panel consisting of Chief Justice Wright and Justices Myers and Evans. *See* TEX. R. APP. P. 31.2.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Denise Condran, official court reporter, County Court at Law No. 3, and to counsel for all parties.


/s/    CAROLYN WRIGHT
       CHIEF JUSTICE